IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. MJ-00-5098-E-LMB |
| Plaintiff, ) | |
| ) | ORDER ON MOTION TO DISMISS |
| -vs- ) | |
| ) | |
| LORENZO CALDERON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Pending before the Court is the Government's Motion to Dismiss filed January 4, 2012. (Dkt 2). Good cause appearing,

    IT IS HEREBY ORDERED that the Motion to Dismiss (Dkt. 2) is GRANTED.

DATED: **January 4, 2012**.

_/s/ Larry M. Boyle_
Honorable Larry M. Boyle
United States Magistrate Judge